# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAINBOW USA, INC., a New York Corporation; JUST ONE LLC, dba OPPA!, a New York Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: CV15-1292-R<br>*Hon. Manuel L. Real Presiding*<br><br>**ORDER TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)** |

- 1 -

ORDER TO DISMISS PARTIES AND CLAIMS

**ORDER**:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action as against all of the Defendants including but not limited to Just One LLC, individually and dba Oppa! ("Just One"), and Rainbow USA, Inc. is hereby dismissed with prejudice;

2. All claims made and causes of action alleged against any of the Defendants including but not limited to Just One LLC, individually and dba Oppa! ("Just One"), and Rainbow USA, Inc., and all counterclaims alleged against Plaintiff, are hereby dismissed with prejudice from this action; and

3. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: February 29, 2016        By: _____
                                    HONORABLE MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE